**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Cr. No. 2:06-20478-D** |
| ) | |
| **JIMMY STANLEY,** ) | |
| **Defendant.** ) | |

_____

**ORDER**
_____

There being no objections, the Court adopts the Report and Recommendation of the Magistrate Judge and imposes the recommended sentence.

**IT IS SO ORDERED** this 9th Day of December, 2011.

                **s/Bernice B. Donald**
                **BERNICE B. DONALD**
                **UNITED STATES DISTRICT JUDGE**